1  Eugene J. Egan (State Bar No. 130108)
     *eje@manningllp.com*
2  Joshua Babataher (State Bar No. 311367)
     *jkb@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
5  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
6
7  Attorneys for Defendant BACKYARD
   PRODUCTS, LLC.

8            **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  FRANK ORTIZ, an individual,        |  Case No.

12              Plaintiff,             |  (State Case No. 19AVCV00477)

13        v.                           |  **NOTICE OF REMOVAL OF**
                                        |  **ACTION UNDER 28 U.S.C.**
14  BACKYARD PRODUCTS, LLC;            |  **§1441(b)1 (DIVERSITY);**
    COSTCO and DOES 1 TO 40,           |  **DECLARATION OF JOSHUA K.**
15  Inclusive                          |  **BABATAHER**

16              Defendants.

17

18      **TO THE CLERK OF THE ABOVE ENTITLED COURT:**

19         PLEASE TAKE NOTICE THAT defendant BACKYARD PRODUCTS,

20  LLC.(hereinafter, "Backyard" or "Defendant") hereby removes to this Court the

    state court action described below.

21         1.     On June 27, 2019, an action was commenced in the Superior Court of

22  the State of California in an for the County of Los Angeles, entitled FRANK

23  ORTIZ, Plaintiff vs. BACKYARD PRODUCTS, LLC.; COSTCO and DOES 1 to

24  40, Defendants, as Case Number 19AVCV00477  (the "Action). A true and correct

25  copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

26         2.     Backyard was first served a copy of the Complaint on June 18, 2020. A

27  true and correct copy of the proof of service of summons and complaint filed by

28

                                                                    Case No.
─────────────────────────────────────────────────────

counsel for Plaintiff is attached hereto as **Exhibit "B."**

3.     Backyard is informed and believes that Plaintiff was, at the time he filed the Action and still is, a citizen of the State of California.

4.     On July 17, 2020, Backyard filed and served its Answer to Complaint, Demand for Jury Trial with the California Superior Court. A true and correct copy of Backyard's Answer to Complaint, Demand for Jury Trial is attached hereto as **Exhibit "C."**

5.     Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds $75,000.00 based on Plaintiff's January 24, 2019 letter identifying damages of $320,485.00. A true and correct copy of Plaintiff's letter is attached hereto as **Exhibit "D."**

6.     This removal is timely and was filed within thirty (30) days of service of Plaintiff's Complaint.

7.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8.     Backyard is the only properly named defendant in this action for purposes of determining diversity jurisdiction. The general rule that, under 28 U.S.C. § 1446(a) all defendants in a state action must join in the petition for removal, except for nominal, unknown or fraudulently joined parties, only applies to defendants properly joined and served in the action. See *Salveson v. Western States Bankard Ass'n.*, 731 F. 2d 1423, 1429 (9th Cir. 1984) (noting "a party not served need not be joined" in a petition for removal). To date, proofs of service have not been filed as to any defendant, other than Backyard. A true and correct copy of the proof of service as to Backyard is attached hereto as **Exhibit "B."**

9.     Backyard was, at the time of the filing of this action, and still is,

2

incorporated under the laws of the State of Delaware, with its principal place of business and headquarters in the State of Michigan. The address of BACKYARD PRODUCTS, LLC's principle place of business and headquarters  is 1000 Ternes Drive, Monroe, MI, 48162. Upon information and belief, the LLC members of Backyard are not citizens of California. True and correct copies of search results and entity details for BACKYARD PRODUCTS, LLC. on Michigan's Department of Licensing and Regulatory Affairs and Delaware's Division of Corporations is attached hereto as **Exhibit "E."**

10.   Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Backyard in the State Court action are attached hereto as **Exhibit "F."**

DATED:  July 17, 2020           **MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**


By:   _____*/s/ Joshua K. Babataher*_____
        Joshua K. Babataher
        Attorneys for Defendant BACKYARD
        PRODUCTS, LLC.

**DECLARATION OF JOSHUA K. BABATAHER**

I, Joshua K. Babataher, declare as follows:

1.      I am an attorney duly admitted to practice in the courts of the State of California and am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant BACKYARD PRODUCTS, LLC.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendant's Notice of Removal of Action Under 28 U.S.C. §1441(b)1 (diversity).

2.      On June 27, 2019, an action was commenced in the Superior Court of the State of California in an for the County of Los Angeles, entitled FRANK ORTIZ, Plaintiff vs. BACKYARD PRODUCTS, LLC.; COSTCO and DOES 1 to 40, Defendants, as Case Number 19AVCV00477  (the "Action). A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit "A."**

3.      Backyard was first served a copy of the Complaint on June 18, 2020. A true and correct copy of the proof of service of summons and complaint filed by counsel for Plaintiff is attached hereto as **Exhibit "B."**

4.      Backyard is informed and believes that Plaintiff was, at the time he filed the Action and still is, a citizen of the State of California.

5.      On July 17, 2020, Backyard filed and served its Answer to Complaint, Demand for Jury Trial with the California Superior Court. A true and correct copy of Backyard's Answer to Complaint, Demand for Jury Trial is attached hereto as **Exhibit "C."**

6.      Aggregating all of the damages that Plaintiff seeks, the amount in controversy exceeds $75,000.00 based on Plaintiff's January 24, 2019 letter identifying damages of $320,485.00. A true and correct copy of Plaintiff's letter is attached hereto as **Exhibit "D."**

7.      This removal is timely and was filed within thirty (30) days of service

1   of Plaintiff's Complaint.

2       8.      This action is a civil action of which this Court has original jurisdiction

3   under 28 U.S.C. §1332, and is one which may be removed to this Court by

4   defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action

5   between citizens of different states and the matter in controversy exceeds the sum of

6   $75,000, exclusive of interest and costs.

7       9.      Backyard is the only properly named defendant in this action for

8   purposes of determining diversity jurisdiction. The general rule that, under 28

9   U.S.C. § 1446(a) all defendants in a state action must join in the petition for

10  removal, except for nominal, unknown or fraudulently joined parties, only applies to

11  defendants properly joined and served in the action. See *Salveson v. Western States*

12  *Bankard Ass'n.*, 731 F. 2d 1423, 1429 (9th Cir. 1984) (noting "a party not served

13  need not be joined" in a petition for removal). To date, proofs of service have not

14  been filed as to any defendant, other than Backyard. A true and correct copy of the

15  proof of service as to Backyard is attached hereto as **Exhibit "B."**

16      10.     Backyard was, at the time of the filing of this action, and still is,

17  incorporated under the laws of the State of Delaware, with its principal place of

18  business and headquarters in the State of Michigan. The address of BACKYARD

19  PRODUCTS, LLC's principle place of business and headquarters  is 1000 Ternes

20  Drive, Monroe, MI, 48162. Upon information and belief, the LLC members of

21  Backyard are not citizens of California. True and correct copies of search results and

22  entity details for BACKYARD PRODUCTS, LLC. on Michigan's Department of

23  Licensing and Regulatory Affairs and Delaware's Division of Corporations is

24  attached hereto as **Exhibit "E."**

25  / / /

26  / / /

27  / / /

28  / / /

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)1 (DIVERSITY); DECLARATION OF JOSHUA K. BABATAHER**

11.     Pursuant to 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders sent to and received by Backyard in the State Court action are attached hereto as **Exhibit "F."**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 17th day of July, 2020, at Los Angeles, California.

_____ */s/ Joshua Babataher* _____
Joshua K. Babataher

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)1 (DIVERSITY); DECLARATION OF
JOSHUA K. BABATAHER

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On July 17, 2020, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(B)1 (DIVERSITY); DECLARATION OF JOSHUA K. BABATAHER** on the interested parties in this action as follows:

Steve Fox, Esq.
Law Offices of Steve Fox
42156 N. 10th Street West, Suite 103
Lancaster, CA 93534
P: 661.726.5151
F: 661.726.5254
Email:  foxlegalav@gmail.com
Attorney for Plaintiff, Frank Ortiz

**ONLY BY ELECTRONIC TRANSMISSION:**  Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 17, 2020, at Los Angeles, California.

/s/ Brenda Leonardo
Brenda Leonardo

Case No.

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b)1 (DIVERSITY); DECLARATION OF JOSHUA K. BABATAHER

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

# Exhibit A

Electronically FILED by Superior Court of California, County of Los Angeles on 06/27/2019 04:41 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Ziegler,Deputy Clerk
Assigned for all purposes to: Michael Antonovich Antelope Valley Courthouse, Judicial Officer: Brian Yep

19AVCV00477

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>— Steve Fox 170879<br>Law Offices of Steve Fox<br>42156 N. 10th Street West, #103<br>Lancaster, CA 93534<br>TELEPHONE NO.: (661) 726-5151   FAX NO. *(Optional):* (661) 726-5254<br>E-MAIL ADDRESS *(Optional):* foxlegalav@gmail.com<br>ATTORNEY FOR *(Name):* Frank Ortiz | **FOR COURT USE ONLY**<br><br>FSC: 08-19-2020<br>TRIAL: 08-28-2020<br>OSC: 06-27-2022 |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 42011 4th Street West
MAILING ADDRESS: Same
CITY AND ZIP CODE: Lancaster, CA 93534
BRANCH NAME: North County

PLAINTIFF: Frank Ortiz

DEFENDANT: Backyard Products, LLC; Costco

☒ DOES 1 TO 40

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number):*
Type *(check all that apply):*
☐ **MOTOR VEHICLE**   ☒ **OTHER** *(specify):*
☐ Property Damage   ☐ Wrongful Death
☒ Personal Injury   ☐ Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| ☐ **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☒ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>☐ **ACTION IS RECLASSIFIED** by this amended complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | 19AVCV00477 |

1. **Plaintiff** *(name or names):* Frank Ortiz

   alleges causes of action against **defendant** *(name or names):* Backyard Products, LLC; Costco

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor   ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

   ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]
CEB Essential Forms   ceb.com
**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

ORTIZ, FRANK

| SHORT TITLE: | | PLD-PI-001 |
|---|---|---|
| Ortiz vs. Backyard Products | CASE NUMBER: | |

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ except defendant (name):
    Backyard Products, LLC
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☒ other (specify):
    LLC

  c. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  b. ☒ except defendant (name):
    Costco
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

  d. ☐ except defendant (name):
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity (describe):

    (4) ☐ a public entity (describe):

    (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants (specify Doe numbers): 1-5 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants (specify Doe numbers): 6-10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]

CEB® Essential Forms
ceb.com

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

ORTIZ, FRANK

Page 2 of 3

| SHORT TITLE: | | CASE NUMBER: | PLD-PI-001 |
|---|---|---|---|
| Ortiz vs. Backyard Products | | | |

10.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
- a. ☐ Motor Vehicle
- b. ☒ General Negligence
- c. ☐ Intentional Tort
- d. ☐ Products Liability
- e. ☐ Premises Liability
- f. ☐ Other *(specify)* :

11.  Plaintiff has suffered
- a. ☒ wage loss
- b. ☐ loss of use of property
- c. ☒ hospital and medical expenses
- d. ☒ general damage
- e. ☐ property damage
- f. ☐ loss of earning capacity
- g. ☒ other damage *(specify)* :
  to be proved according to proof

12.  ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
- a. ☐ listed in Attachment 12.
- b. ☐ as follows:

13.  The relief sought in this complaint is within the jurisdiction of this court.

14.  **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
- a. (1) ☒ compensatory damages
  (2) ☐ punitive damages
  The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
  (1) ☒ according to proof
  (2) ☐ in the amount of: $

15.  ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
  Plaintiff attempted to step into shed display. His foot caught between the floor and the display. Plaintiff tripped and was injured. Paragraphs 1 through 14.

Date: 6·25-19

Steve Fox
_____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

CEB® Essential
ceb.com  Forms®

**COMPLAINT-Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

ORTIZ, FRANK

| SHORT TITLE: | | PLD-PI-001(2) |
|---|---|---|
| Ortiz vs. Backyard Products | CASE NUMBER: | |

------------- 1 ------------  **CAUSE OF ACTION- General Negligence**     Page _____
       (number)
ATTACHMENT TO [X] Complaint   ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Frank Ortiz


alleges that defendant *(name)*: Backyard Products, LLC




[X] Does   11___  to  15_____

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:  or about 10/12/17
at *(place)*:  1141 West Avenue L, Lancaster, CA 93534

*(description of reasons for liability)* :
They had a duty to all potential customers to ensure that their
display/product was safe to enter and/or use.  They knew or
should have known the distance that their display/product should
be from the floor or how to set it up.  By setting up their
display the way that it was done, or the way they designed it,
they breached that duty.  As a result of that breach, Plaintiff
had his foot caught, or tripped, on the display/product.  This
caused the Plaintiff to be injured and suffer, including but not
limited to, medical damages and pain and suffering.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION- General Negligence**

Page 1 of 1

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

CEB® Essential Forms™
ceb.com

ORTIZ, FRANK

SHORT TITLE:

Ortiz vs. Backyard Products

CASE NUMBER:

PLD-PI-001(2)

2 | CAUSE OF ACTION- **General Negligence** | Page _____
(number)

ATTACHMENT TO [X] Complaint      ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Frank Ortiz

alleges that defendant *(name)*:  Costco, Inc.

☐ Does     16     to  20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  or about 10/12/17

at *(place)*:  1141 West Avenue L, Lancaster, CA 93534

*(description of reasons for liability)* :

Costco had a duty to its patrons who came into and examined products to sell. This duty was to ensure, but not be limited to, displays being safe and/or set up in a safe manner. Backyard Products, LLC's agents/employees/representatives and Costco agents/employees/representatives negligently created and/or set up Backyard Products' shed display. As a result, Plaintiff tripped and/or had his foot caught in or on the display. This caused him to be injured and resulted in his sustaining medical injuries and bills as well as pain and suffering.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CEB® Essential
ceb.com Forms™

**CAUSE OF ACTION- General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

ORTIZ, FRANK

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steve Fox                                                170879<br>42156 10th Street West, Suite 103<br>Lancaster, CA. 93534<br><br>TELEPHONE NO.: 661-726-5151      FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Frank Ortiz | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 42011 4th Street West
MAILING ADDRESS: same
CITY AND ZIP CODE: Lancaster 93534
BRANCH NAME: North District

| PLAINTIFF/PETITIONER: Frank Ortiz | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Backyard Products LLC | 19AVCV00477 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
   Backyard Products LLC

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Denice Kawula, HR Generalist at Back Yard Products

4. Address where the party was served:
   1000 Ternes Drive, Monroe Michigan 48162

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 6/18/2020      (2) at *(time)*: 3:39 PM
   b. ☐ **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city)*:              or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Frank Ortiz | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Backyatd Products LLC | 19AVCV00477 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1)  on *(date)*:     (2)  from *(city)*:
   (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)
   (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
  d.  ☐  **by other means** *(specify means of service and authorizing code section):*

   ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☒  as an individual defendant.
  b.  ☐  as the person sued under the fictitious name of *(specify)*:
  c.  ☐  as occupant.
  d.  ☐  On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   ☐  416.10 (corporation)     ☐  415.95 (business organization, form unknown)
   ☐  416.20 (defunct corporation)   ☐  416.60 (minor)
   ☐  416.30 (joint stock company/association) ☐  416.70 (ward or conservatee)
   ☐  416.40 (association or partnership)  ☐  416.90 (authorized person)
   ☐  416.50 (public entity)     ☐  415.46 (occupant)
              ☐  other:

7.  **Person who served papers**
  a.  Name: Denise Miller
  b.  Address: 23772 West Rd, Brownstown Charter Twp, Michigan 48183
  c.  Telephone number: 734-743-1378
  d.  **The fee** for service was: $    75
  e.  I am:
   (1)  ☒  not a registered California process server.
   (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
   (3)  ☐  registered California process server:
    (i)  ☐  owner ☐  employee ☐  independent contractor.
    (ii)  Registration No.:
    (iii)  County:

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or

9.  ☐  I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 6-24-2020

Denise Miller
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶    *Denise Miller*
         (SIGNATURE)

# Exhibit C

1 | Eugene J. Egan (State Bar No. 130108)
  |   *eje@manningllp.com*
2 | Joshua Babataher (State Bar No. 311367)
  |   *jkb@manningllp.com*
3 | **MANNING & KASS**
  | **ELLROD, RAMIREZ, TRESTER LLP**
4 | 801 S. Figueroa St, 15th Floor
  | Los Angeles, California 90017-3012
5 | Telephone: (213) 624-6900
  | Facsimile: (213) 624-6999
6 |
7 | Attorneys for Defendant BACKYARD
  | PRODUCTS, LLC.

8 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **COUNTY OF LOS ANGELES, ANTELOPE VALLEY COURTHOUSE**

10 |

| | |
|---|---|
| FRANK ORTIZ, an individual, | Case No. 19AVCV00477 |
| Plaintiff, | [Assigned to the Hon. Brian C. Yep, Dept. A14] |
| v. | **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** |
| BACKYARD PRODUCTS, LLC; COSTCO, and DOES 1 to 40, Inclusive, | |
| Defendants. | **Complaint Filed:  6/27/19** **Trial Date:       None** |

Pursuant to Sections 431.10, *et seq.*, of the California Code of Civil Procedure, defendant BACKYARD PRODUCTS, LLC. ("defendant") answers the Complaint of plaintiff FRANK ORTIZ ("plaintiff") as follows.

**GENERAL DENIAL**

1.      Defendant denies generally and specifically each and every allegation in the Complaint, pursuant to Code of Civil Procedure  §431.30, and further denies that plaintiff was injured, or that plaintiff sustained, or will sustain damages in the sums alleged in the Complaint, or in any sum, or at all.

**FIRST AFFIRMATIVE DEFENSE**

2.      The Complaint and each and every purported cause of action therein fails to state facts sufficient to constitute a cause of action against this answering defendant. This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of

---

**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

1    action therein although not restated under separate headings as to each cause of action.

2                              **SECOND AFFIRMATIVE DEFENSE**

3                3.      This answering defendant is informed and believes and thereupon alleges that

4    plaintiff failed to exercise reasonable and ordinary care, caution or prudence for her own safety, in

5    order to avoid the alleged accident.  The resulting injuries and damages, if any, sustained by

6    plaintiff were proximately caused and contributed to by the negligence of plaintiff himself.  This

7    affirmative defense is interposed to the Complaint in its entirety and separately as to each

8    individual cause of action therein although not restated under separate headings as to each cause of

9    action.

10                             **THIRD AFFIRMATIVE DEFENSE**

11               4.      Defendant alleges that insofar as Defendant has delegated any duty to any

12   subordinate, such delegation was at all times done in good faith, and with due care.  Plaintiff is

13   therefore not liable for any act or omission of any subordinate.

14                             **FOURTH AFFIRMATIVE DEFENSE**

15               5.      Defendant alleges that plaintiff's recovery is reduced or diminished by plaintiff's

16   failure to mitigate her damages.  This affirmative defense is interposed to the Complaint in its

17   entirety and separately as to each individual cause of action therein although not restated under

18   separate headings as to each cause of action.

19                             **FIFTH AFFIRMATIVE DEFENSE**

20               6.      Defendant alleges that Plaintiff has not been injured or damaged as a proximate

21   result of any act or omission for which Defendant is responsible.

22                             **SIXTH AFFIRMATIVE DEFENSE**

23               7.      If plaintiff sustained any damage as alleged in the Complaint, that damage was

24   proximately caused and contributed to by other parties to this action, whether served or not served,

25   or by other persons or entities not parties to this action.  The proportionate degree of negligence or

26   fault of each of said other persons or entities must be determined and prorated and any judgment

27   that might be rendered against defendant herein must be reduced not only by that degree of

28   comparative negligence and fault found to exist as to plaintiff, but also as to the total of that

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  degree of negligence or fault found to exist as to said other persons or entities.  This affirmative

2  defense is interposed to the Complaint in its entirety and separately as to each individual cause of

3  action therein although not restated under separate headings as to each cause of action.

### SEVENTH AFFIRMATIVE DEFENSE

4

5  8.  This answering defendant denies that a dangerous condition existed.  However, if it

6  is determined that a dangerous condition in fact did exist, such condition was open and obvious.

7  This affirmative defense is interposed to the Complaint in its entirety and separately as to each

8  individual cause of action therein although not restated under separate headings as to each cause of

9  action.

### EIGHT AFFIRMATIVE DEFENSE

10

11  9.  This answering defendant denies that a dangerous condition existed.  However, if it

12  is determined that a dangerous condition in fact did exist, such condition was trivial.  This

13  affirmative defense is interposed to the Complaint in its entirety and separately as to each

14  individual cause of action therein although not restated under separate headings as to each cause of

15  action.

### NINTH AFFIRMATIVE DEFENSE

16

17  10.  Defendant alleges that other persons, either known and/or unknown to this

18  answering defendant, are in whole or in part liable to plaintiff and/or proximately or legally caused

19  plaintiff's alleged injuries.  Pursuant to Civil Code Section 1431.2, plaintiff must look to these

20  other persons for recompense for plaintiff's alleged damages.  This affirmative defense is

21  interposed to the Complaint in its entirety and separately as to each individual cause of action

22  therein although not restated under separate headings as to each cause of action.

### TENTH AFFIRMATIVE DEFENSE

23

24  11.  Defendant alleges that plaintiff engaged in conduct and activities with respect to the

25  subject of this Complaint, by reason of said activities and conduct, plaintiff is estopped from

26  asserting any claims for damages or seeking any other relief against this answering defendant.

27  This affirmative defense is interposed to the Complaint in its entirety and separately as to each

28  individual cause of action therein although not restated under separate headings as to each cause of

**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

action.

## ELEVENTH AFFIRMATIVE DEFENSE

12.     Defendant alleges that plaintiff engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligence, act, omission, or any other conduct, if any, as set forth in the Complaint.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

## TWELFTH AFFIRMATIVE DEFENSE

13.     Defendant alleges that the injuries and damages of which plaintiff complains were proximately caused by or contributed to by the acts of other defendants, cross-defendants, persons and/or other entities, and that said acts were an intervening and superseding cause of the injuries and damages, if any, of which the plaintiff complains, thus barring plaintiff from any recovery against this answering defendant.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

## THIRTEENTH AFFIRMATIVE DEFENSE

14.     That the Complaint was brought without reasonable cause and without a good faith belief that there was a justifiable controversy under the facts of the law which warranted the filing of the Complaint against this responding defendant.  Plaintiff should therefore be responsible for all defendant's necessary and reasonable defense costs, as more particularly set forth in California Code of Civil Procedure Section 1038.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

## FOURTEENTH AFFIRMATIVE DEFENSE

15.     Plaintiff's Complaint and each and every cause of action therein contained are barred by any and all applicable statutes of limitations, including, but not limited to Code of Civil Procedure Sections 335.1 and 342.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under

**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

separate headings as to each cause of action.

### FIFTEENTH  AFFIRMATIVE DEFENSE

16.     Plaintiff's Complaint and each and every cause of action therein contained are barred by the doctrine of laches.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

### SIXTEENTH AFFIRMATIVE DEFENSE

17.     This answering defendant denies that a dangerous condition existed.  However, if it is determined that a dangerous condition in fact did exist, such condition did not exist for a sufficiently reasonable amount of time as to give actual or constructive notice of the condition. This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

### SEVENTEENTH AFFIRMATIVE DEFENSE

18.     This defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses available.  Defendant herein reserves the right to assert additional defenses in the event that the discovery indicates that they would be appropriate.  This affirmative defense is interposed to the Complaint in its entirety and separately as to each individual cause of action therein although not restated under separate headings as to each cause of action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, defendant BACKYARD PRODUCTS, LLC., prays as follows:

1.    For dismissal of the Complaint with prejudice;

2.    For judgment in favor of this answering defendant and against plaintiff;

3.    For costs of suit;

4.    For such further relief as the court may deem just and proper.

DATED:  July 17, 2020                    **MANNING & KASS**
                                         **ELLROD, RAMIREZ, TRESTER LLP**


                                         By: _____
                                         Joshua K. Babataher
                                         Attorneys for Defendant BACKYARD
                                         PRODUCTS, LLC.

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands trial by jury.

DATED:  July 17, 2020

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____

Eugene J. Egan
Joshua K. Babataher
Attorneys for Defendant,
BACKYARD PRODUCTS, LLC.

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

## <u>PROOF OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

  On July 17, 2020, I served true copies of the following document(s) described as **ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

Steve Fox, Esq.
Law Offices of Steve Fox
42156 N. 10th Street West, Suite 103
Lancaster, CA 93534
P: 661.726.5151
F: 661.726.5254
Email:  foxlegalav@gmail.com
Attorney for Plaintiff, Frank Ortiz

  **ONLY BY ELECTRONIC TRANSMISSION:**  Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on July 17, 2020, at Los Angeles, California.


       /s/ Brenda Leonardo
       Brenda Leonardo

8

**ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

# Exhibit D



# Law Offices of Steve Fox

**42156 N. 10ᵗʰ Street West, #103**
**Lancaster, California 93534**
e-mail address - foxlegalav@gmail.com
(Office) (661) 726-5151 / (Fax) (661) 726-5254

**Steve Fox / Attorney**

January 24, 2019

Axis
P.O. Box 4470
Alpharetta, GA 30023

Re:   Insured: Backyard Products, LLC
      Claimant: Frank Ortiz
      DOL: 10/12/17
      Your File: ATL150136

Dear Axis:

Here is an update of my client's medical bills with additional records:

|   |   |   |
|---|---|---|
| 1. | Antelope Valley Hospital | $33,570 |
| 2. | AMR Ambulance | $ 1,491 |
| 3. | Premier Rehab | $ 2,674 |
| 4. | Dr. Vo Thuong | $ 2,500 |

Additional medicals:

|   |   |   |
|---|---|---|
| 1. | St. Vincent Medical Center | $257,544 |
| 2. | Quest Diagnostic | $ 13,744 |
| 3. | Premier Rehab | $ 2,674 |
| 4. | Dr. Vo Thuong | $ 2,500 |
| 5. | The Ellison John Transitional Care | $ 3,788 |

Copies of medical records and billing enclosed.

Sincerely yours,

*Steve Fox*

STEVE FOX, ESQ.
Enclosures

# Exhibit E

LARA Home     Contact LARA     Online Services     News     MI.gov

# LARA Corporations Online Filing System
### Department of Licensing and Regulatory Affairs

**ID Number: 801869939**

[Request certificate]   [Return to Results]   [New search]

**Summary for:  BACKYARD PRODUCTS, LLC**

**The name of the FOREIGN LIMITED LIABILITY COMPANY:**  BACKYARD PRODUCTS, LLC

| | |
|---|---|
| **Entity type:** | FOREIGN LIMITED LIABILITY COMPANY |
| **Identification Number:** 801869939 | **Old ID Number:** D9045V |

**Date of Qualification in Michigan:**   09/18/2009

**Organized under the laws of:** the state of Delaware

**Purpose:**

**Term:**   Perpetual

**The name and address of the Resident Agent:**

| | |
|---|---|
| Resident Agent Name: | CSC-LAWYERS INCORPORATING SERVICE (COMPANY) |
| Street Address: | 601 ABBOT ROAD |
| Apt/Suite/Other: | |
| City: | EAST LANSING       State:     MI       Zip Code:   48823 |

**Registered Office Mailing address:**

| | |
|---|---|
| P.O. Box or Street Address: | 52340 WALNUT DRIVE |
| Apt/Suite/Other: | |
| City: | CHESTERFIELD       State:     MI       Zip Code:   48047 |

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

[View filings]

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2020 State of Michigan

Delaware.gov                          Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

---

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4275288 | Incorporation Date / Formation Date: | 12/27/2006 (mm/dd/yyyy) |
| Entity Name: | BACKYARD PRODUCTS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚪ Status ⚪ Status,Tax & History Information

[ Submit ]

[ View Search Results ]          [ New Entity Search ]

---

For help on a particular field click on the Field Tag to take you to the help area.

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

# Exhibit F

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES** | Reserved for Clerk's File Stamp |
| COURTHOUSE ADDRESS:<br>Michael Antonovich Antelope Valley Courthouse<br>42011 4th Street West, Lancaster, CA 93534 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>06/27/2019<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ Jade Ziegler _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| **Your case is assigned for all purposes to the judicial officer indicated below.** | CASE NUMBER:<br>19AVCV00477 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Brian C. Yep | A14 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 07/01/2019
   (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By Jade Ziegler       , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

Electronically FILED by Superior Court of California, County of Los Angeles on 07/01/2019 06:01 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Galaian,Deputy Clerk

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Steve Fox 170879<br>Law Offices of Steve Fox<br>42156 N. 10th Street West, #103<br>Lancaster, CA 93534<br>TELEPHONE NO.: (661) 726-5151   FAX NO.: (661) 726-5254<br>ATTORNEY FOR (Name): Frank Ortiz | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 42011 4th Street West
MAILING ADDRESS: Same
CITY AND ZIP CODE: Lancaster, CA 93534
BRANCH NAME: North District

CASE NAME: Ortiz vs. Backyard Products LLC; COSTCO

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 19AVCV00477 |
|---|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[X] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify):
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 6·25·19

Steve Fox
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CEB Essential Forms
ceb.com

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

ORTIZ, FRANK

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| ortiz v, Backyard Products,LLC:Costco | |

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.

7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties resides.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | | C   Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100   Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110   Personal Injury/Property Damage/Wrongful Death - Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070   Asbestos Property Damage<br>☐ A7221   Asbestos - Personal Injury/Wrongful Death | 1, 11<br>1, 11 |
| | Product Liability (24) | ☐ A7260   Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210   Medical Malpractice - Physicians & Surgeons<br>☐ A7240   Other Professional Health Care Malpractice | 1, 4, 11<br>1, 4, 11 |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250   Premises Liability (e.g., slip and fall)<br>☐ A7230   Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270   Intentional Infliction of Emotional Distress<br>☒ A7220   Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11<br>1, 4, 11<br><br>1, 4, 11<br>1, 4, 11 |

SHORT TITLE: Ortiz V. Backyard Products, LLC; Costco

CASE NUMBER

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06) (not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation      Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer- Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 2 of 4

SHORT TITLE: Ortiz V. Backyard Products, LLC; Costco

CASE NUMBER:

| A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|
| **Judicial Review** | | |
| Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | ☐ A6160  Abstract of Judgment | 2, 6 |
| | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment With Damages | 2, 3, 9 |
| | ☐ A6123  Workplace Harassment With Damages | 2, 3, 9 |
| | ☐ A6124  Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | ☐ A6190  Election Contest | 2 |
| | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | ☐ A6100  Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 3 of 4

SHORT TITLE:

*Ortiz V. Backyard Products, LLC; Costco*

CASE NUMBER

**Step 4:** **Statement of Reason and Address**: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON: | ADDRESS: |
|---|---|
| ☐ 1. ☐ 2. ☐ 3. ☒ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11. | 1141 West Avenue L   Lancaster, California   93534 |

| CITY: | STATE: | ZIP CODE: |
|---|---|---|
| Lancaster | CA | 93534 |

**Step 5:** **Certification of Assignment:** I certify that this case is properly filed in the _____NORTH_____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: 6·25·19

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5. Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

Electronically FILED by Superior Court of California, County of Los Angeles on 06/27/2019 04:04 PM Sherri R. Carter, Executive Officer/Clerk of Court, by J. Ziegler,Deputy Clerk

# SUMMONS
## *(CITATION JUDICIAL)*

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Backyard Products, LLC; Costco

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Frank Ortiz

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

| | **CASE NUMBER**<br>*(Número del Caso):* |
|---|---|
| | 19AVCV00477 |

Superior Court of California
42011 4th Street West
Lancaster, CA 93534

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steve Fox 170879 Law Offices of Steve Fox
42156 N. 10th Street West, #103 (661) 726-5151
Lancaster, CA 93534

DATE:          06/27/2019                 Sherri R. Carter Executive Officer / Clerk of Court
*(Fecha)*                                 Clerk, by        Jade Ziegler              , Deputy
                                          *(Secretaria)*                            *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* individual
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov* |

CEB® Essential Forms™
ceb.com

ORTIZ, FRANK

Electronically FILED by Superior Court of California, County of Los Angeles on 06/27/2019 04:04 PM Sherri R. Carter, Executive Officer/Clerk of Court, by S. Ziegler,Deputy Clerk

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Backyard Products, LLC; Costco

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Frank Ortiz

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER** *(Número del Caso):* 19AVCV00477 |
|---|---|

Superior Court of California
42011 4th Street West
Lancaster, CA 93534

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steve Fox 170879 Law Offices of Steve Fox
42156 N. 10th Street West, #103 (661) 726-5151
Lancaster, CA 93534

**DATE:** 06/27/2019 *(Fecha)*

Sherri R. Carter Executive Officer / Clerk of Court

Clerk, by _____Jade Ziegler_____ , Deputy
*(Secretaria)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)
   ☐ CCP 416.20 (defunct corporation)
   ☐ CCP 416.40 (association or partnership)
   ☒ other *(specify):* individual

   ☐ CCP 416.60 (minor)
   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.90 (authorized person)

4. ☐ by personal delivery on *(date):*

**Page 1 of 1**



Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

CEB Essential Forms
ceb.com

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

ORTIZ, FRANK